# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135793 & (90)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

G & V INC., L & Z PROPERTIES, LLC,
GEORGE DUZEY, ZIRKA DUZEY,
VASYLY SHIBANOV, and LIDIA SHIBANOV,
      Plaintiffs-Appellants/
      Cross-Appellees,

v

ABDULLAH AL-JUFAIRI, JUMANA JUDEH,
JUDEH & ASSOCIATES, MUNTHER
MAWWAS, NEW HAVEN PETRO MART
LLC, SALEH D'ANDREA & MULLIN PLC,
BUSINESS LOAN EXPRESS, and
PATRICK HARRINGTON,
      Defendants,

and

MULLIN & ASSOCIATES PLC and
TURKIA AWADA MULLIN,
      Defendants-Appellees/
      Cross-Appellants.

SC: 135793
COA: 271246
Macomb CC: 2003-000562-CZ

_____/

     On order of the Court, the application for leave to appeal the November 6, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk